**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) PHILIP ANDREW MACKEN; and<br>(2) DOLORES LYNN WEBB MACKEN;<br><br>Defendants. | Case No. 26-mc-00010-JDR |

**NOTICE OF FILING OF FOREIGN JUDGMENT**

NOTICE TO:

Philip Andrew Macken
Dolores Lynn Webb Macken
1177 Woodford Lane
Gardnerville, NV 89460

YOU ARE HEREBY NOTIFIED that Plaintiff and judgment creditor, the United States of America on behalf of the Internal Revenue Service, has filed with the Clerk of this Court a foreign judgment rendered against you.

This foreign judgment is captioned:

In re: Philip Andrew Macken., Case No. 23-20950-HLB, Chapter 13 Bankruptcy; United States Bankruptcy Court District of Nevada.

A copy of the judgment filed in this Court is attached hereto as "Exhibit 1."

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*s/Nolan M. Fields*
Nolan M. Fields IV, OBA No. 31550
Assistant United States Attorney
110 W 7th St, Ste. 300, Tulsa, OK 74119
(918) 382-2700 | Nolan.Fields@usdoj.gov

## Certificate of Service

On April 17, 2026, the above document was electronically transmitted to the Clerk of Court using the ECF System for filing, and a true and correct copy of the foregoing pleading was mailed to:

Philip Andrew Macken
Dolores L. Webb Macken
1177 Woodford Lane
Gardnerville, NV 89460

GILL LAW FIRM
2512 E 21st St
Tulsa, OK 74114
*Counsel for Pers. Rep. Debra White*

*s/Sarah Coffey*
Sarah Coffey
Paralegal Specialist